# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: George Patterson, Jr.  | CHAPTER 13
       Debtor(s) |
  | BKY. NO. 13-14255 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6583

    Respectfully submitted,

    **/s/Thomas Puleo, Esquire**
    Thomas Puleo, Esquire
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406