# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-14255-MDC

GEORGE PATTERSON JR.

1150 PASSMORE ST

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GEORGE PATTERSON JR.

    1150 PASSMORE ST

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 5/1/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee