# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  George Patterson, Jr. | |
| Debtor | CHAPTER 13 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) | |
| Movant | |
| vs. | |
| George Patterson, Jr. | NO. 13-14255 MDC |
| Debtor | |
| William C. Miller, Esq. | |
| Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from the Automatic Stay Under Section 362 of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency), which was filed with the Court on or about November 15, 2017 (Document No. 81).

        Respectfully submitted,

        **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

April 3, 2018