Certificate Number: 15317-PAE-DE-031190134

Bankruptcy Case Number: 13-14255



15317-PAE-DE-031190134

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 16, 2018</u>, at <u>10:06</u> o'clock <u>AM PDT</u>, <u>George Patterson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 16, 2018</u>          By:  <u>/s/Jane Alba</u>

Name:  <u>Jane Alba</u>

Title:  <u>Counselor</u>