UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Patterson, Jr.**         :         Chapter 13

:

:

Debtor         :         Bankruptcy No. **13-14255**

PRE-DISCHARGE CERTIFICATION
OF COMPLIANCE WITH PROVISIONS OF
11 U.S.C. SECTIONS 1328

Debtor(s), **GEORGE PATTERSON JR**, upon my/our oath according to law, hereby certify as follows in connection with my/our request for a discharge in the above-captioned case ("Case"): (Check all applicable statements and provide all required information)

✓ 1. I/We have made our final payment in the Case and I/We are requesting the Court to issue a discharge in the Case.

2. I/We have completed an instructional course concerning personal financial management described in 11 U.S.C. §111 provided by the following entity, at the following address: **810 Sister Rd.**
**Phoenixville PA 19460**

3. _____ A. I/We ~~have not been required by a judicial or administrative order, or by statute~~ to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before the Case was filed or at any time after the filing of the Case.

OR

[Note: If "B" is applicable, all information required in questions B.i through B.iv must be provided]

✓ B.i. I/We certify that prior to the date of this affidavit I/we have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C. §101(14A)] required by a judicial or administrative order, or by statute including amounts due before the Case was filed, to the extent provided for by the plan.

Case 13-14255-mdc    Doc 95    Filed 06/22/18    Entered 06/22/18 12:38:19    Desc Main
Document    Page 2 of 3

The name and address of each holder of a domestic support obligation is as follows:

_Tiffany Leona-Baine-Hawkins_
_2508 S. 75th St._
_Phila, Pa. 19153_

✓ B.ii. My/Our most recent address is as follows:
_810 Sister Rd_
_Phoenixville, Pa_
_19460_

✓ B.iii. The name and address of my/our most recent employer(s) is as follows:
_City of Philadelphia Police Dept._
_235 N. 11th St._
_Phila. Pa._
_19107_

_____ B.iv. The following creditors hold a claim that is not discharged under 11 U.S.C. §523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524 (c):
_N/A_

4. ✓ I/We have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case during the 4-year period prior to the order for relief in the Case.

5. ✓ I/We have not received a discharge in another Chapter 13 bankruptcy case during the 2-year period prior to the order for relief in the Case.

6. ✓ A. I/We did not have either at the time of filing of the Case or at the present time, equity in excess of $125,000.00 in the type of property described in 11 U.S.C. § 522 (p)(1) [generally the debtor's homestead].

OR

✓ B. There is not currently pending any proceeding in which I [in an individual case] or either of us [in a joint case] may be found guilty of a felony of the kind described in 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522 (q)(1)(B).

By this Certification, I/We acknowledge that all of the statements contained herein are

Page 2 of 3

true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me/us a discharge in the Case. The Court may revoke my discharge if the statements relied upon are not accurate.

Debtor /s/ *George Patterson Jr*

Debtor /s/ *George Patterson Jr*

DATED: 6/16/2018

05/15//06