# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  George Patterson, Jr.  : CHAPTER 13

: CASE NO.: 13-14255

**Debtor,**

:

## ORDER

AND NOW, this 27th day of June, 2018, it is hereby ORDERED that the Debtor's wage order be discontinued.

BY THE COURT:

_____
Honorable Magdeline D. Coleman