United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Patterson, Jr.  
    Debtor

Case No. 13-14255-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Jun 27, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
```
db            +George Patterson, Jr.,   810 Sisler Road,   Phoenixville, PA 19460-4505
              +Office of the Director of Finance,   1401 JFK Blvd. Room 1330,   Municipal Services Building,
                Phila, PA 19102-1602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor George  Patterson, Jr. info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com
          GEORGETTE  MILLER    on behalf of Plaintiff George  Patterson, Jr. info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;smithcr50524@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, Et Al...
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  George Patterson, Jr. | : CHAPTER 13 |
| | : CASE NO.: 13-14255 |
| **Debtor,** | : |

## ORDER

AND NOW, this __27th__ day of _____June_____, 2018, it is hereby ORDERED that the Debtor's wage order be discontinued.

BY THE COURT:

_Magdeline D. Coleman_
Honorable Magdeline D. Coleman