Case 13-14255-mdc   Doc 101   Filed 12/15/18   Entered 12/16/18 01:02:50   Desc
Imaged Certificate of Notice   Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-14255-mdc
George Patterson, Jr.                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.

```
db            +George Patterson, Jr.,    810 Sisler Road,    Phoenixville, PA 19460-4505
13047958      +Accounts Receivable Technologies,    P.O Box  549,    Woodbridge, NJ 07095-0549
13047960      +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ 85032-7147
13047961      +Certegy,    P.O. Box 30046,    Tampa, FL 33630-3046
13047963      +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
13047964      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13047965      +I.C. Systems, Inc.,    P.O. Box 64378,    St Paul, MN 55164-0378
13094928       Jefferson Univ. Hosp.,    c/o State Coll. Srv. Inc.,    2509 S. Stoughton Rd.,    PO Box 6250,
                Madison, WI 53716-0250
13047969      +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13047970      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13050553       SANTANDER CONSUMER USA,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13047971      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13047972      +Springleaf Financial,    61 W. Cheltenham Ave Ste 2,    po box 206,    Cheltenham, PA 19012-0206
13164891      +TD Auto Finance,    PO BOX 9001921,    Louisville KY 40290-1921
13047974       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
13839849      +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13180119       U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13596453      +US Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13047976      +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:33     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:37
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13047959      +E-mail/Text: EBNProcessing@afni.com Dec 14 2018 03:12:01     Afni, Inc.,    Po Box 3097,
                Bloomington, IL 61702-3097
13103506       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 03:14:24
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13064125      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 14 2018 03:11:51     Asset Acceptance LLC,
                P.O. Box 2036,    Warren Mi 48090-2036
13047966       E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 03:11:04     IRS,    PO BOX 7346,
                Philadelphia, PA 19101-7346
13134844       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2018 03:12:07     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13161198       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 03:13:56
                LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13047967      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 03:11:53     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13172578      +E-mail/Text: blegal@phfa.org Dec 14 2018 03:11:56     PA Housing Finance Agy.,
                211 N. Front St.,    Harrisburg, PA 17101-1406
13161154      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 03:13:55
                PYOD, LLC its successors and assigns as assignee,    of Springleaf Financial Services, Inc.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13047968      +E-mail/Text: blegal@phfa.org Dec 14 2018 03:11:56     Pa Housing Finance Age,    211 N Front St,
                Harrisburg, PA 17101-1406
13646624       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:19
                Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13096285       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:19
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
13164001       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:19
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13047973       E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:13:42     Springleaf Financial S,
                Po Box 3251,    Evansville, IN 47731
13047975      +E-mail/Text: External.Collections@phoenix.edu Dec 14 2018 03:12:55     University Of Phoenix,
                4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1958
13047977      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 03:10:51
                Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Randi                  Page 2 of 2                  Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW              Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Quantum3 Group LLC as agent for,   NCEP LLC,    PO Box 788,    Kirkland, WA  98083-0788
13047962      ##+Condor Capt1,    165 Oser Av Pob 18027,    Hauppauge, NY 11788-8827
13052178      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                       TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW F  GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor George  Patterson, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE   MILLER    on behalf of Plaintiff George  Patterson, Jr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: George Patterson, Jr.
       Debtor(s)　　　　　　　　　　　　　Bankruptcy No: 13−14255−mdc
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 12/13/18

                                                                               100 − 99
                                                            Form 138_new