*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

George Patterson, Jr.                                     : Case No. 13–14255–mdc
            Debtor(s)

*ORDER*
_____

AND NOW, this day , April 5, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

111
Form 195