United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-14255-mdc
George Patterson, Jr.                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi          Page 1 of 1          Date Rcvd: Apr 05, 2019
                        Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
db             +George Patterson, Jr.,    810 Sisler Road,    Phoenixville, PA 19460-4505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2019 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
      agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     GEORGETTE MILLER    on behalf of Debtor George  Patterson, Jr. info@georgettemillerlaw.com,
      georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
     GEORGETTE MILLER    on behalf of Plaintiff George  Patterson, Jr. info@georgettemillerlaw.com,
      georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
      bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, Et Al...
      bkgroup@kmllawgroup.com
     LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
      dmaurer@pkh.com;mgutshall@pkh.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, Et Al...
      bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
      tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

George Patterson, Jr. : Case No. 13–14255–mdc
      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , April 5, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

111
Form 195